IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

WILLIE FRANK WRIGHT JR.,

    Plaintiff,

v.

TAMIKA WALLER, et al.,

    Defendants.

Civil Action No. 5:11-CV-394 (HL)

## ORDER

This case is before the Court on a Recommendation from United States Magistrate Judge Charles H. Weigle (Doc. 21). Judge Weigle recommends that Defendant Waller's Motion to Dismiss (Doc. 8) be granted.

Plaintiff has filed an objection to the Recommendation. The Court has made a *de novo* review of the Recommendation.

Upon review, the Court accepts and adopts the Recommendation. Plaintiff's objection is overruled. Defendant Waller's Motion to Dismiss (Doc. 8) is granted. Further, Plaintiff's Motion to Amend (Doc. 12) is denied.

This case is referred back to the Magistrate Judge for further proceedings, specifically with regard to service on Defendants Freeland, Butler, and Simmons.

**SO ORDERED**, this the 7th day of August, 2012.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh