IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **WILLIE FRANK WRIGHT, JR** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | NO. 5:11-CV-0394-HL-CHW |
| **VS.** | : | |
| | : | |
| **MICHAEL FREELAND, et. al.,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

Plaintiff Willie Frank Wright Jr., an inmate at Macon State Prison in Oglethorpe, Georgia, has filed a motion to proceed *in forma pauperis* on appeal from the Court's December 24, 2013, Order dismissing his complaint. In the Court's best judgment, an appeal from that Order cannot be taken in good faith. See 28 U.S.C. § 1915(a)(3) ("An appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith."); Fed. R. App. P. 24(a)(3) ("A party who was permitted to proceed *in forma pauperis* in the district-court action . . . may proceed on appeal *in forma pauperis* . . . unless . . . the district court . . . certifies that the appeal is not taken in good faith").

A review of court records on the U.S. District Web PACER Docket Report also reveals that Plaintiff has already accumulated three "strikes" under section 28 U.C.S. § 1915(g): *See Wright v. Massey*, 5:11-cv-0491 (S.D. Ga. 2011); *Wright v. Hicks*, 5:10-cv-246 (MTT) (M.D. Ga. July 16, 2010); *Wright v. Waller*, 5:10-cv-254 (MTT) (M.D. Ga. Aug. 23, 2011). Because of these dismissals, Plaintiff may not proceed *in forma pauperis* on appeal unless he can show that he qualifies for the "imminent danger of serious physical injury" exception in § 1915(g). Plaintiff's Motion does not allege the existence of any such danger.

Plaintiff's Motion to Proceed *in forma pauperis* on appeal (Doc. 70) is accordingly **DENIED**.

>**SO ORDERED** this 29th day of April, 2014.

>>*s/ Hugh Lawson*
>>Hugh Lawson, Judge
>>UNITED STATES DISTRICT COURT

jlr